UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDAL LICARI,<br>Plaintiff,<br><br>v.<br><br>CLEMENCE, COWLES, JOHN DOE (CAPTAIN),<br>JERRY, RAMOS, SHULTZ, VANNOSTRAW,<br>JOHN DOE UCONN HEALTH FACILITY,<br>Defendants. | 3:21cv1054 (OAW) |

## JUDGMENT

This action having come before the Court for consideration of the Defendants' motion to dismiss before the Honorable Omar A. Williams, United States District Judge; and,

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the motion to dismiss on September 2, 2022, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing this action, and the case is closed.

Dated at Hartford, Connecticut, this 6th day of September, 2022.

DINAH MILTON KINNEY, CLERK

EOD: 9/6/22            BY: __/s/ F. Velez_____
                            Frances Velez
                            Deputy Clerk