**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-three.

_____

Randal Licari,

        Plaintiff - Appellant,

v.

John Doe, (Captain), Ramos, (LT), Clemence, Doctor, John Doe, UCONN Health Facility, Shultz, C.O., Cowles, C.O., Jerry, C.O., Vannostraw,

        Defendants – Appellees.
_____

**ORDER**

Docket No. 22-2024

Appellant, pro se, moves to withdraw this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/10/2023